# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ACCESS NOW, INC., on behalf of its members;
R. DAVID NEW, and STEPHEN THEBERGE

          Plaintiffs,

   v.

OTTER PRODUCTS, LLC.,

          Defendant.

Civil Action No. 1:17-cv-10967

## JOINT STATEMENT REGARDING PRETRIAL SCHEDULE

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States

District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference.

## I.    PRETRIAL SCHEDULE AND DISCOVERY PLAN

The parties agree and request that the Court approve the following proposed Pretrial

Schedule and Discovery Plan:

| Task | Due within _ days after disposition of Defendant's Motion to Dismiss |
|---|---|
| Initial Disclosures | 14 days |
| Amendments to Pleadings | 30 days |
| Requests for production of documents and interrogatories must be served | 60 days |
| Requests for admission must be served | 60 days |
| Depositions, other than expert depositions, must be completed | 150 days |
| All discovery, other than expert discovery, must be completed | 180 days |
| Status Conference | TBD by court |
| Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed | 210 days |
| Plaintiff(s)' trial experts must be deposed | 240 days |
| Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed | 250 days |

| Defendant(s)' trial experts must be deposed | 280 days |
|---|---|
| Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed | 310 days |
| Pretrial Conference | TBD by Court |

### I.   PENDING MOTIONS.

Defendant filed a Motion to Dismiss Plaintiffs' Complaint and a supporting Memorandum of Law on July 21, 2017.

### II.   TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by a magistrate judge.

### III.   CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)

The parties' certifications required by Local Rule 16.1(D)(3) will be submitted separately.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

**Counsel for Plaintiffs:**

*/s/ Jason M. Leviton*

Jason M. Leviton (BBO# 678331)
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020
jason@blockesq.com

Benjamin J. Sweet, Esquire
Kevin W. Tucker, Esquire
Carlson Lynch Sweet Kilpela &
Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243

**Counsel for Defendant:**

*/s/ Julie O'Neill*

Julie O'Neill BBO #645880
Morrison & Foerster LLP
200 Pennsylvania Avenue, NW
Washington, DC20006-1888
Phone: (202)887-8764
joneill@mofo.com

David F. McDowell CA Bar No.
125806 (*pro hac vice* admission to
be sought)
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-
3543
Phone: (213)892-5200
dmcdowell@mofo.com

bsweet@carlsonlynch.com
ktucker@carlsonlynch.com

## CERTIFICATE OF SERVICE

This hereby certifies that on September 12, 2017 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jason M. Leviton*
Jason M. Leviton