IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and STEPHEN THEBERGE,<br><br>Plaintiffs,<br>v.<br><br>OTTER PRODUCTS, LLC.<br><br>Defendant. | Civil Action No. 1:17-cv-10967<br><br>The Honorable Patti B. Saris |

**JOINT STATEMENT REGARDING PRETRIAL SCHEDULE**

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference.

**I.    PRETRIAL SCHEDULE AND DISCOVERY PLAN**

The parties agree and request that the Court approve the following proposed Pretrial Schedule and Discovery Plan.

| Task | Due within ___ days of Initial Case Management Conference |
|---|---|
| Initial Disclosures | 14 days (Thursday, September 28, 2017) |
| Amendments to Pleadings | 29 days (Friday, October 14, 2017) |
| Requests for production of documents and interrogatories must be served | 60 days (Monday, November 13, 2017) |
| Requests for admission must be served | 60 days (Monday, November 13, 2017) |
| Depositions, other than expert discovery, must be completed | 151 days (Monday, February 12, 2018) |
| All discovery, other than expert discovery, | 180 days (Tuesday, March 13, 2018) |

| | |
|---|---|
| must be completed | |
| Status Conference | TBD by Court |
| Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) | 210 days (Thursday, April 12, 2018) |
| Plaintiffs' trial experts must be deposed | 239 days (Friday, May 11, 2018) |
| Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) | 250 days (Tuesday, May 22, 2018) |
| Defendant(s)' trial experts must be deposed | 280 days (Thursday, June 21, 2018) |
| Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed | 309 days (Friday, July 20, 2018) |
| Pretrial Conference | TBD by Court |

**II.     PENDING MOTIONS**

Defendant filed a Motion to Dismiss Plaintiffs' Complaint and a supporting Memorandum of Law on July 21, 2017.

**III.    TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to trial by a magistrate judge.

**IV.    CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)**

The parties' certifications required by Local Rule 16.1(D)(3) will be submitted separately.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| */s/ Kevin W. Tucker* | */s/ David F. McDowell* |

Kevin W. Tucker
Edwin J. Kilpela
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

Jason M. Leviton (BBO# 678331)
Steven P. Harte (BBO# 667948)
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600

David F. McDowell
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Phone: (213)892-5200
dmcdowell@mofo.com

Julie O'Neill BBO #645880
Morrison & Foerster LLP
200 Pennsylvania Avenue, NW
Washington, DC 20006-1888
Phone: (202)887-8764
joneill@mofo.com

## CERTIFICATE OF SERVICE

  I, Kevin W. Tucker, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record, by ECF on this 21st day of September, 2017.

                 Respectfully submitted,

Date: September 21, 2017       */s/ Kevin W. Tucker*
                 Kevin W. Tucker

                 *Counsel for Plaintiffs*